HERNANDEZ LASKA LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@hernandezlaska.com
THOMAS R. WORGER (Bar No. 311312)
Email: tworger@hernandezlaska.com
3415 S. Sepulveda Blvd., Suite 1100
Los Angeles, CA 90034
Telephone: 310-742-5817

Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA and BLUE
SHIELD OF CALIFORNIA LIFE AND
HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN O'NEILL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA; BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:25-cv-00876-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Filed concurrently with Notice of Motion and Motion to Dismiss and Proposed Order.<br><br>Hearing Date:  February 26, 2026<br>Hearing Time:  10:00am<br>Courtroom:      8 |

REQUEST FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201 and any other applicable law, Defendants California Physicians' Service dba Blue Shield of California and Blue Shield of California Life and Health Insurance Company ("Defendants") respectfully request that this Court take judicial notice of the following facts and documents in support of their motion to dismiss Plaintiff's Second Amended Complaint:

1. Individuals enrolled in health plans through the Health Insurance Marketplace are sent IRS form 1095-A Health Insurance Marketplace statements annually from the Marketplace, as accessible through:

   a. HealthCare.gov, an official website of the U.S. Centers for Medicare & Medicaid Services, at https://www.healthcare.gov/tax-form-1095/, last accessed on January 14, 2026 (Decl. of Thomas Worger ("Worger Decl.") ¶ 2 and Exhibit ("Ex.") A); and

   b. CoveredCA.com, sponsored by Covered California and the California Department of Health Care Services, at https://www.coveredca.com/learning-center/tax-forms-and-filing/overview/, last accessed on January 14, 2026 (Worger Decl. ¶ 3 and Ex. B).

2. Claim ID #21960425 with claim amount $8,082.98 was paid by the California State Controller Unclaimed Property Division to "ONEIL KATHLEEN" on March 18, 2025, as accessible through the "search your claim status" tool on https://claimit.ca.gov/, accessed on July 7, 2025 (Worger Decl. ¶ 4 and Ex. C) and January 14, 2026 (Worger Decl. ¶ 5 and Ex. D).

Federal Rule of Evidence 201(b) provides that "a court may judicially notice a fact that is not subject to reasonable dispute because it … (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be

- 1 -

REQUEST FOR JUDICIAL NOTICE

questioned." Rule 201(c) also provides that a court "*must* take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c) (emphasis added). Information that is accessible on government websites is judicially noticeable. *See, e.g., DeHoog v. Anheuser- Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of government documents); *Daniels-Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998 (9th Cir. 2010) (taking judicial notice of information contained on a government website); *A.M. v. San Bernardino Cnty. Superintendent of Sch*., 2020 WL 5775169, at *3 (C.D. Cal. July 17, 2020) (taking judicial notice of "certain government documents and websites.").

The documents above are judicially noticeable, and the Court must take judicial notice of them. As a result, Defendants respectfully request that the Court take judicial notice of the facts and documents above.

Dated: January 15, 2026          HERNANDEZ LASKA LLP


By: /s/ Joseph E. Laska
      Joseph E. Laska
      Attorneys for Defendant
      CALIFORNIA PHYSICIANS' SERVICE dba
      BLUE SHIELD OF CALIFORNIA and BLUE
      SHIELD OF CALIFORNIA LIFE AND
      HEALTH INSURANCE COMPANY

REQUEST FOR JUDICIAL NOTICE

## CERTIFICATE OF SERVICE

I certify that on January 15, 2026, a copy of **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties may access this filing through the court's CM/ECF system.

/s/ Joseph E. Laska
Joseph E. Laska

REQUEST FOR JUDICIAL NOTICE