HERNANDEZ LASKA LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@hernandezlaska.com
THOMAS R. WORGER (Bar No. 311312)
Email: tworger@hernandezlaska.com
3415 S. Sepulveda Blvd., Suite 1100
Los Angeles, CA 90034
Telephone: 310-742-5817

Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA and BLUE
SHIELD OF CALIFORNIA LIFE AND
HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN O'NEILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PHYSICIANS'<br>SERVICE DBA BLUE SHIELD OF<br>CALIFORNIA; BLUE SHIELD OF<br>CALIFORNIA LIFE AND HEALTH<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:25-cv-00876-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF THOMAS R. WORGER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Filed concurrently with Notice of Motion and Motion to Dismiss and Proposed Order.<br><br>Hearing Date:　February 26, 2026<br>Hearing Time:　10:00am<br>Courtroom:　　8 |

DECLARATION OF THOMAS R.
WORGER

**DECLARATION OF THOMAS R. WORGER**

I, Thomas R. Worger, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am an attorney in the law firm of Hernandez Laska LLP, counsel for Defendants California Physicians' Service dba Blue Shield of California and Blue Shield of California Life and Health Insurance Company ("Defendants") in this case. I have personal knowledge of the facts set forth in this declaration, which I recite based on my best recollection. If called as a witness in this action, I could and would testify competently to these facts.

2. On January 14, 2026, I accessed the webpage "How to use Form 1095-A" for HealthCare.gov at https://www.healthcare.gov/tax-form-1095/, a true and correct screenshot of which is attached as **Exhibit A**.

3. On January 14, 2026, I accessed the webpage "Tax Forms and Filing" for CoveredCA.Com at https://www.coveredca.com/learning-center/tax-forms-and-filing/overview/, a true and correct screenshot of which is attached as **Exhibit B**.

4. On July 7, 2025, I accessed information for Claim #21960425 through the "search your claim status tool" with the California State Controller Unclaimed Property Division's webpage at https://claimit.ca.gov/, a true and correct screenshot of the "Claim Status" and "Claim Status Details" is attached as **Exhibit C**.

5. On January 14, 2026, I accessed information for Claim #21960425 through the "search your claim status tool" with the California State Controller Unclaimed Property Division's webpage at https://claimit.ca.gov/, a true and correct screenshot of which is attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States that the contents of this declaration are true and correct. Executed on January 14, 2026, in Concord, California.

_____/s/Thomas R. Worger_____
Thomas R. Worger

- 1 -                         DECLARATION OF THOMAS R. WORGER

# Exhibit A

Case 3:25-cv-00876-JSC    Document 51-1    Filed 01/15/26    Page 4 of 17

🇺🇸 An official website of the United States government
Here's how you know ⌄

# How to use Form 1095-A

If anyone in your household had a Marketplace plan in 2025, you should get Form 1095-A, Health Insurance Marketplace® Statement, by mail no later than mid-February. This form comes from the Marketplace, not the Internal Revenue Service (IRS). It may be available in your Marketplace account anytime from mid-January to February 1.

> **You must have your Form 1095-A before you file.** Keep your 1095-A forms with your important tax information, like W-2 forms and other records.
>
> **Don't file your taxes** until you have an accurate 1095-A.

**Note:** If you can't find your 1095-A in your Marketplace account, <u>contact the Marketplace Call Center</u>.

## What's on Form 1095-A and why you need it

- Your 1095-A has information about Marketplace plans any member of your household had in 2025, including:

  - Premiums paid

  - Premium tax credits used

  - A figure called "second lowest cost Silver plan" (SLCSP)

  - If you had Marketplace coverage but didn't use the premium tax credit.

- You'll use information from your 1095-A to fill out tax Form 8962, Premium Tax Credit (PDF, 115 KB). This is how you'll "reconcile" — find out if there's any difference between the premium tax credit you used and the amount you qualify for. Find instructions for Form 8962 (PDF, 348 KB).

- Learn more about Form 1095-A from the IRS.

## Check that your 1095-A is correct

Case 3:25-cv-00876-JSC     Document 51-1     Filed 01/15/26     Page 5 of 17

- Carefully read the instructions on the back.

- Make sure it's correct. If anything about your coverage or household is wrong, contact the Marketplace Call Center at 1-800-318-2596 (TTY: 1-855-889-4325).

- Make sure the information about the second lowest cost Silver plan (SLCSP) is correct.

I think my "monthly enrollment premium" is wrong. ⓘ

## How to know if your second lowest cost Silver plan information is correct

Look at Part III, column B of your 1095-A, titled "Monthly second lowest cost silver plan (SLCSP) premium." It should show figures for each month any household member had the Marketplace plan.

The SLCSP premium is **incorrect** if:

- Part III, Column B has a "0" or is blank for any month someone in your household had the Marketplace plan

- You had changes in your household that you didn't tell the Marketplace about — like having a baby, moving, getting married or divorced, or losing a dependent

If either applies to you, use our tax tool (available in late January) to get the premium for your second lowest cost Silver plan.

## How to find your 1095-A online

1. Log into your Marketplace account and select your 2025 application — **not** your 2026 application.

2. Select "Tax Forms" from the menu.

3. Under "Your Form 1095-A," select "Download PDF." If a form has a "Corrected" status, download this corrected form instead of a previous version.

Get screen-by-screen directions, with pictures (PDF, 413 KB).

## Use the information from your 1095-A to reconcile

Once you have an accurate 1095-A and second lowest cost Silver plan premium, you're ready to fill out Form 8962, Premium Tax Credit.

Get a step-by-step guide to reconciling your premium tax credit.

Case 3:25-cv-00876-JSC   Document 51-1   Filed 01/15/26   Page 6 of 17

# More Answers: Form 1095-A

⊕ Why would I get more than one 1095-A?

⊕ What if I paid full price for a Marketplace plan?

⊕ What if I had a Marketplace plan for part of the year?

⊕ What if I get a corrected 1095-A, but already filed my tax return using an earlier version of the form?

⊕ How do I find a 1095-A for a previous year?

Learn about health coverage and your federal taxes.

## Can we improve this page?

Give feedback

Health Insurance Marketplace® is a registered trademark of the Department of Health & Human Services.
An official website of the U.S. Centers for Medicare & Medicaid Services.

# Exhibit B



**Menu**

**Sign In**

**Tax Forms and Filing** ⌄

# Tax Forms and Filing

By Jan. 31 of each year, Covered California sends the federal IRS form 1095-A Health Insurance Marketplace statement to enrollees.

This form is used to:

- Provide information for your federal taxes.

- Calculate the amount of Premium Tax Credit (financial help) you received, any credit you may be due after filing, or the tax amount you owe.

- Show that you were insured so that you don't pay a state penalty for the months you were covered.

Didn't receive IRS Form 1095-A? Call us at (800) 300-1506.

Get more information about your federal taxes (Form 1095-A).

**Resources**

For federal taxes, see Federal Tax Filing.

For information on limits to what you may need to repay to the Internal Revenue Service, see Financial Help Repayment Limits.



Chat

Sign In



## Get deadline reminders and tips for healthy living.

**Email Address**

Enter your email

Sign Up

By submitting this form, I agree to being contacted by Covered California by the email address provided. To learn more, view our privacy policy.

## Contact Us

# (800) 300-1506

Other Languages ⌄

TTY: (888) 889-4500

**Service Center Hours**
Monday to Friday: 8 a.m. to 6 p.m.
Saturday and Sunday: Closed

Martin Luther King Jr. Day (Jan. 19): Closed


Chat



Sign In

New Customers

Get a call back from a licensed agent.  →

Follow Us

## Shop

Shop and Compare

Find an Enroller

Apply

## My Account

Sign In

Create an Account

**Covered California for Small Business**

**Enrollment Partners and Agents**

**Newsroom**

**Careers**

**Register to Vote**

## Learn

Learning Center

Support

Dental

Vision

Enrollees

What is Covered California?

Information for Immigrants

American Indians and Alaska Natives

Covered Blog

Accessibility and Nondiscrimination

Terms of Use

Privacy Policy

Protecting Our Consumers

Social Media Commenting Disclaimer



Chat

Sign In

CoveredCA.com is sponsored by Covered California and the Department of Health Care Services, which work together to support health insurance shoppers to get the coverage and care that's right for them.

Copyright © 2026 Covered California

4.4.1

Chat

# Exhibit C



**Malia M. Cohen**

**California State Controller**

Claimant Login

# Claim Status

"The Unclaimed Property Division is experiencing significantly higher than expected claims volume. Because claims are processed in the order received, additional time may be needed to acknowledge receipt, evaluate, and approve your claim for payment. Help avoid delays with your claim by including all required documentation. We appreciate your patience while we work to resolve this issue.

| ▲ Claim ID | Status | Status Date | |
|---|---|---|---|
| 21960425 | Paid | 03/18/2025 | Detail |

Please note:
- If the status shows "Submitted on website," this indicates a claim has been created.
  - If the claim was accepted electronically, the status will change as your claim is being processed.
  - If your claim was not accepted electronically and you were directed to submit your claim by mail, your claim will not be processed until it is received in our office.
- Claims with multiple properties are generally combined and paid on the same warrant.
- If you have an outstanding debt with a California state, city, or county agency, your unclaimed property payment may be intercepted to pay the debt. The intercept will apply even if you are in an installment agreement with said agency.
- If your claim includes cash properties, please allow approximately 30 days from the date your claim was paid for the post office to deliver the warrant.
- If your claim was paid in shares (securities), you will receive a letter from us informing you that we have started the process to have your shares transferred to you.
- If your claim is for a safe deposit box, and the contents have not been sold after a specified time as required by law, you will receive the contents.
- If your claim has been closed, this indicates one of the following:
  - You started a claim but did not complete and submit it within six months and will need to start a new claim; or
  - You submitted a claim packet to our office that requires additional information. You should receive your claim packet back with instructions. If you have not received your claim packet, please contact our office.
- If your claim has been denied you should receive a letter stating the reason for the denial. If you don't agree with the decision, please contact us.

How did we do? The State Controller's Office values your feedback. Let us know by taking a short survey.

Back to homepage

Search for the status of another claim



**Malia M. Cohen**

**California State Controller**

Claimant Login

## Claim Status Details

Claim Information

The current status for claim **21960425** is: **Paid**

| Claimant Name: | ONEIL KATHLEEN | Claim Amount: | $8,082.98 |
|---|---|---|---|

Property Information

| Property# | Reported By | Amount: |
|---|---|---|
| 1034658004 | CALIFORNIA PHYSICIAN SERVICE D | $8,082.98 |

If you created an account, you may log in to see the status of all claims you have filed.

Log In

[Back to Claim Status](#)

[Back to homepage](#)

# Exhibit D

## SEARCH

*Required field

**\*Claim ID:**    21960425

*NOTE: The Claim ID can be found on your claim form and in the email notice you received when you initiated your claim. If you have lost or forgotten this number please contact us by visiting our Contact Us page.*

SEARCH

## RESULTS

| Claim ID | Status |
|---|---|
| 21960425 | Your claim has been paid. If you have not received payment within 30 days, please contact our office at (800) 992-4647 or (916) 323-2827 for international calls. For international mail, please allow an additional two weeks. |

This site uses a secure certificate to protect your information. All your details will remain confidential, accessible only by Unclaimed Property Officials, and for claims processing and holder reporting purposes only.

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2026, a copy of **DECLARATION OF THOMAS R. WORGER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties may access this filing through the court's CM/ECF system.

/s/ Joseph E. Laska

Joseph E. Laska

DECLARATION OF THOMAS R. WORGER